**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | Case No.: 07 B 19360 |
| John H Hunter | Chapter: 7 |
| Debtor(s) | Judge John D. Schwartz |

## ORDER MODIFYING THE AUTOMATIC STAY

**THIS CAUSE** coming to be heard on the motion of HOMECOMINGS FINANCIAL LLC AS SERVICING AGENT FOR RESCAP MORTGAGE, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**

(1) Creditor's motion is granted and pursuant to 11 U.S.C. §362(d), that HOMECOMINGS FINANCIAL LLC AS SERVICING AGENT FOR RESCAP MORTGAGE its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. §362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 5414 West Jackson Boulevard, Chicago, IL.

(2) Rule 4001(a)(3) is not applicable and HOMECOMINGS FINANCIAL LLC AS SERVICING AGENT FOR RESCAP MORTGAGE may immediately enforce and implement this order granting relief from the automatic stay.

ENTER:

DATED:_____    _____
UNITED STATES BANKRUPTCY JUDGE

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-07-N514)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**NAME OF PRESIDING JUDGE,** Judge John D. Schwartz

| | | | |
|---|---|---|---|
| **Case No.** | 07 B 19360 | **Date** | 10/30/07 |

**Title of Cause**     John H Hunter, Debtor(s).

**Brief Statement of Motion**     Motion of HOMECOMINGS FINANCIAL LLC AS SERVICING AGENT FOR RESCAP MORTGAGE to obtain Relief from the Automatic Stay

**Names and Addresses of moving counsel**
Codilis & Associates, P.C.,
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

**Representing**     HOMECOMINGS FINANCIAL LLC AS SERVICING AGENT FOR RESCAP MORTGAGE

**Names and Addresses of other counsel entitled to notice and names of parties they represent.**

N. Neville Reid, Interim Trustee,
71 South Wacker Drive #3200
Chicago, IL 60606-4637

Robert J. Adams, Attorney for Debtor(s),
125 S. Clark Suite 1810
Chicago, IL 60603

_____

_____

_____

_____

_____

_____