**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JOHN H. HUNTER | ) | Case No. 07 B 19360 |
| | ) | |
| Debtors. | ) | Honorable Jacqueline Cox |

**FINAL APPLICATION FOR
COMPENSATION OF COUNSEL FOR THE TRUSTEE**

Pursuant to 11 U.S.C. §331, HERZOG & SCHWARTZ, P.C., counsel for the Trustee, David R. Herzog, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses. HERZOG & SCHWARTZ, P.C. has divided this application into two parts. The first part of the application shall review the problems confronted by the Trustee and provide general background information. The second part of the application shall provide an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

**PART I**

**BACKGROUND**

The debtor, on JOHN H. HUNTER, filed a petition under Chapter 7 of Title U.S.C. ("Bankruptcy Code") on October 19, 2007. On April 22, 2008, an order was entered which permitted the Trustee to employ the law firm of Herzog & Schwartz, P.C. (the "law firm"), as attorneys for the Trustee.

Each task performed by the law firm will be discussed in detail. This fee application covers services rendered by the law firm for the period of March 5, 2008 through the present. The billable rates for members of the law firm were charged on an hourly basis. This application sets forth the hours of work performed per attorney, per task at the hourly rate that was in effect at the time the services were provided. A detailed description of each time entry is attached to this application as Exhibit A.

## PART II

## TASK ANALYSIS

A.  <u>Employment of Professionals</u>

The law firm spent 3.70 hours in connection with the preparation and appearances in court on applications to employ professionals.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 3.70 | $ 1,480.00 |
| **TOTAL** | **3.70** | **$ 1,480.00** |

B.  <u>TILA Adversary Proceedings</u>

The law firm spent 4.45 hours with respect to the monitoring and communicating with special counsel with respect to the filing of adversaries for Truth-In-Lending violations.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 4.45 | $ 1,780.00 |
| **TOTAL** | **4.45** | **$ 1,780.00** |

C.  <u>Miscellaneous Matters</u>

The law firm spent 2.15 hours in connection with miscellaneous matters, including preparation of the final report.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 2.15 | $   860.00 |
| **TOTAL** | **2.15** | **$   860.00** |

## **RECAPITULATION**

|            | Hours | Costs       |
|------------|-------|-------------|
| Category A | 3.70  | $ 1,480.00  |
| Category B | 4.45  | $ 1,780.00  |
| Category C | 2.15  | $   860.00  |
| **TOTAL**  | **10.30** | **$ 4,120.00** |

WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

1) Granting the law firm reasonable compensation of $4,120.00, and necessary expenses of $0.00 for legal services rendered in this case.

2) For such further relief that this Honorable Court deems just and reasonable.

HERZOG & SCHWARTZ, P.C.

By: /s/   David R. Herzog

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Trustee
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

<u>CATEGORY A</u>

| Date | Description | Hours |
|---|---|---|
| 03/05/08 | Review files from attorney Brooks re history of case; call Brooks re same . | 0.75 |
| 03/11/08 | Call to atty Brooks re case | 0.10 |
| 03/24/08 | Call to atty Brooks re preparation of affidavit to employ | 0.05 |
| 04/11/08 | Prepare Motions to Employ Attorneys and Special Counsel; file same | 2.50 |
| 04/22/08 | Attend court on Motions to Employ Attorneys and Special Counsel | 1.00 |
| 04/25/08 | Fax copy of Order employing to special counsel | 0.05 |
| | SUBTOTAL | 3.70 |

<u>CATEGORY B</u>

| Date | Description | Hours |
|---|---|---|
| 09/02/08 | Fax from Lloyd Brooks; call re case and settlement | 0.25 |
| 09/03/08 | Review Motion to Compromise prepared by special counsel | 0.25 |
| 11/14/08 | Review Answers and Affirmative Defenses filed by Defendant. | 0.25 |
| 02/24/09 | Review Defendant's Amended Affirmative Defenses | 0.15 |
| 02/27/09 | Review Court's faxed Minute Order re change to hearing date; call to attorney | 0.05 |
| 07/22/09 | Review response to Request for Documents and Interrogatories; sign and return to counsel | 0.50 |
| 07/02/09 | Review Interrogatories and Request to Produce Documents; call to attorney | 0.25 |
| 09/23/09 | Attend court on motion to compromise and fee application | 1.00 |
| 01/10/10 | Call to attorney Brooks re status | 0.25 |
| 04/10/10 | Call to attorney Brooks re adversary | 0.25 |
| 04/29/10 | Review motion to compromise adversary | 0.25 |
| 11/14/08 | Review Defendants Motion to Dismiss for Recision | 0.25 |
| | SUBTOTAL | 4.45 |

CATEGORY C

| | | |
|---|---|---|
| 09/03/08 | Review Motion for Compensation of special counsel | 0.25 |
| 04/29/10 | Review fee app of special counsel | 0.25 |
| 05/25/10 | Attend court hearing on motion to compromise and fee application | 1.00 |
| 11/12/11 | Call from possibly buyer for property | 0.25 |
| 04/10/12 | Call from possibly buyer; advise of code violations | 0.25 |
| 02/16/13 | T/c re code violations of building and need for demolition | 0.15 |
| | SUBTOTAL | 2.15 |