**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JOHN H. HUNTER | ) | Case No. 07 B 19360 |
| | ) | |
| Debtors. | ) | Honorable Jacqueline Cox |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 742
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on June 2, 2016 at 9:30 a.m., before the Honorable Jacqueline Cox, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 680, Chicago, IL 60604.

Date Mailed:  April 29, 2016            By:  /s/    David R. Herzog
                                                    Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-19360-EW |
| | § | |
| JOHN H. HUNTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $39,012.00
*and approved disbursements of* $20,862.40
*leaving a balance on hand of[1]:* $18,149.60

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $18,149.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David R. Herzog, Trustee Fees | $4,651.20 | $0.00 | $4,651.20 |
| Herzog & Schwartz, P.C., Attorney for Trustee Fees | $4,120.00 | $0.00 | $4,120.00 |
| Other: Lloyd Brooks, Special Counsel for Trustee Fees | $19,666.67 | $19,666.67 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $8,771.20
Remaining balance: $9,378.40

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $9,378.40 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $9,378.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,324.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 76.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA) NA | $3,129.89 | $0.00 | $2,381.70 |
| 2 | Capital One Bank (USA) NA | $2,460.55 | $0.00 | $1,872.36 |
| 3 | Capital One Bank (USA) NA | $753.88 | $0.00 | $573.67 |
| 4 | Capital One Bank (USA) NA | $1,289.26 | $0.00 | $981.07 |
| 5 | eCAST Settlement Corporation, assignee | $2,467.70 | $0.00 | $1,877.80 |
| 6 | eCAST Settlement Corporation, assignee | $779.70 | $0.00 | $593.31 |
| 7 | Capital Recovery V, LLC | $260.52 | $0.00 | $198.24 |
| 8 | Capital Recovery V, LLC | $1,183.06 | $0.00 | $900.25 |

|  | Total to be paid to timely general unsecured claims: | $9,378.40 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST Form 101-7-NFR (10/1/2010)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David R. Herzog
Trustee

David R. Herzog
77 W. Washington Street
Suite 1717
Chicago, IL, 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **JOHN H. HUNTER** | ) | **Case No. 07 B 19360** |
| | ) | |
| **Debtors.** | ) | **Honorable Jacqueline Cox** |

**CERTIFICATE OF NOTICE**

    The undersigned, an attorney, certifies that he caused to be served a copy of the **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 29th day of April, 2016.

                                                  */s/ David R. Herzog*
                                                Trustee in Bankruptcy

## SERVICE LIST

### VIA ECF

Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

### VIA REGULAR MAIL

HomeComings Financial LLC
c/o Codilis & Associates P.C.
15W030 N. Frontage Rd.
Suite 100
Burr Ridge, IL 60527

AFNI
404 Brock Dr.
PO Box 3097
Bloomington, IL 61702-3097

Capital One
15000 Capital One
Richmond, VA 23238

Chase
Bank One Card Service
800 Brooksedge Blvd
Westerville, OH 43081

Chase BP Private Label
PO Box 15298
Wilmington, DE 19850-5298

CompuCredit Corp.
245 Perimeter Ctr., Ste. 600
Atlanta, GA 30346

Federal Bond and Collection
841 E. Hunting Park Ave
Philadelphia, PA 19124

GEMB/Sam's Club
PO Box 981400
El Paso, TX 79998

Gemb/Walmart
PO Box 981400
El Paso, TX 79998

HSBC
PO Box 19360
Portland, OR 97280

Homecoming Financial Net
2711 N. Haskeel Ave, Ste. 1000
Dallas, TX 75204

Peoples Energy
130 E. Randolph Dr.
Chicago, IL 60687-6207

Radio Shack/CBSD
PO Box 6003
Hagerstown, MD 21747

Robert J. Adams & Assoc.
125 S. Clark, Suite 1810
Chicago, IL 60603

Shell/Citi
PO box 6003
Hagerstown, MD 21747

Washington Mutual/Providian
PO Box 660490
Dallas, TX 75266

Wells Fargo Financial
800 Walnut St.
Des Moines, IA 50309

Wells Fargo Financial Bank
PO Box 5943
Sioux Falls, SD 57117

John H Hunter
5414 W Jackson
Chicago, IL 60644

Robert J Adams
Robert J Adams & Associates
125 S Clark, Suite 1810
Chicago, IL 60603