**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-19360-EW |
| | § | |
| JOHN H. HUNTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $197,000.00 | Assets Exempt: | $3,500.00 |
| Total Distributions to Claimants: | $9,378.40 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $29,633.60 | | |

3) Total gross receipts of $39,012.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $39,012.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $29,633.60 | $29,633.60 | $29,633.60 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $12,324.56 | $12,324.56 | $9,378.40 |
| **Total Disbursements** | $0.00 | $41,958.16 | $41,958.16 | $39,012.00 |

  4). This case was originally filed under chapter 7 on 10/19/2007. The case was pending for 0 months.

  5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 08/01/2016                 By:   /s/ David R. Herzog
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Adversary Action | 1241-000 | $29,000.00 |
| State Court Action | 1241-000 | $10,000.00 |
| Interest Earned | 1270-000 | $12.00 |
| **TOTAL GROSS RECEIPTS** | | $39,012.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $4,651.20 | $4,651.20 | $4,651.20 |
| Arthur B. Levine Company | 2300-000 | NA | $9.86 | $9.86 | $9.86 |
| International Sureties | 2300-000 | NA | $81.35 | $81.35 | $81.35 |
| Bank of Texas | 2600-000 | NA | $946.26 | $946.26 | $946.26 |
| The Bank of New York Mellon | 2600-000 | NA | $158.26 | $158.26 | $158.26 |
| Herzog & Schwartz, P.C., Attorney for Trustee | 3110-000 | NA | $4,120.00 | $4,120.00 | $4,120.00 |
| Lloyd Brooks, Special Counsel for Trustee | 3210-600 | NA | $19,666.67 | $19,666.67 | $19,666.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $29,633.60 | $29,633.60 | $29,633.60 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA) NA | 7100-000 | $0.00 | $3,129.89 | $3,129.89 | $2,381.70 |
| 2 | Capital One Bank (USA) NA | 7100-000 | $0.00 | $2,460.55 | $2,460.55 | $1,872.36 |
| 3 | Capital One Bank (USA) NA | 7100-000 | $0.00 | $753.88 | $753.88 | $573.67 |
| 4 | Capital One Bank (USA) NA | 7100-000 | $0.00 | $1,289.26 | $1,289.26 | $981.07 |
| 5 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $2,467.70 | $2,467.70 | $1,877.80 |
| 6 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $779.70 | $779.70 | $593.31 |
| 7 | Capital Recovery V, LLC | 7100-000 | $0.00 | $260.52 | $260.52 | $198.24 |
| 8 | Capital Recovery V, LLC | 7100-000 | $0.00 | $1,183.06 | $1,183.06 | $900.25 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $12,324.56 | $12,324.56 | $9,378.40 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 07-19360-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HUNTER, JOHN H. | Date Filed (f) or Converted (c): | 10/19/2007 (f) |
| For the Period Ending: | 8/1/2016 | §341(a) Meeting Date: | 11/28/2007 |
| | | Claims Bar Date: | 10/01/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Adversary Action (u) | $0.00 | $50,000.00 | | $29,000.00 | FA |
| 2 | 5414 W. Jackson, Chicago, IL | $197,000.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Checking | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | 6 rooms furniture | $800.00 | $0.00 | | $0.00 | FA |
| 5 | Clothes | $400.00 | $0.00 | | $0.00 | FA |
| 6 | 1999 Nissan Centra | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | State Court Action (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 8 | Cash on hand | $300.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $12.00 | Unknown |

**TOTALS (Excluding unknown value)**                           $200,500.00        $60,000.00                    $39,012.00        **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
Review claims and file appropriate objections; prepare final report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2010   **Current Projected Date Of Final Report (TFR):** 12/31/2015   /s/ DAVID R. HERZOG
                                                                                                                        DAVID R. HERZOG

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-19360-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | HUNTER, JOHN H. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***9548 | Money Market Acct #: | ******3865 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 10/19/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2016 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 |  | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | 9999-000 | $19,321.61 |  | $19,321.61 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.92 |  | $19,322.53 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.15 |  | $19,323.68 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.11 |  | $19,324.79 |
| 07/22/2010 | (7) | US Bank | Settlement of State Action per order dated 5/25/10 | 1241-000 | $10,000.00 |  | $29,324.79 |
| 07/22/2010 | 11003 | Lloyd Brooks | Fees per order dated 5/25/10 | 3210-600 |  | $10,000.00 | $19,324.79 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.25 |  | $19,326.04 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.14 |  | $19,327.18 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $19,327.33 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 |  | $19,327.49 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $19,327.64 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 |  | $19,327.80 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 |  | $19,327.96 |
| 02/14/2011 | 11004 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #0719360 | 2300-000 |  | $16.45 | $19,311.51 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 |  | $19,311.65 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 |  | $19,311.81 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $19,311.96 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 |  | $19,312.12 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $19,312.27 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 |  | $19,312.43 |
| 08/01/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $37.04 | $19,275.39 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 |  | $19,275.55 |
| 08/31/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $44.90 | $19,230.65 |
| 09/26/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 |  | ($1.32) | $19,231.97 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 |  | $19,232.12 |
| 09/30/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $39.52 | $19,192.60 |

**SUBTOTALS** $29,329.19  $10,136.59

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-19360-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HUNTER, JOHN H. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***9548 | Money Market Acct #: | ******3865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 10/19/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 | | $19,192.76 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $38.12 | $19,154.64 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest | 1270-000 | $0.03 | | $19,154.67 |
| 11/08/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $19,154.67 | $0.00 |
| | | | TOTALS: | | $29,329.38 | $29,329.38 | $0.00 |
| | | | Less: Bank transfers/CDs | | $19,321.61 | $19,154.67 | |
| | | | Subtotal | | $10,007.77 | $10,174.71 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,007.77 | $10,174.71 | |

**For the period of 10/19/2007 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,007.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,007.77 |
| Total Internal/Transfer Receipts: | $19,321.61 |
| | |
| Total Compensable Disbursements: | $10,174.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,174.71 |
| Total Internal/Transfer Disbursements: | $19,154.67 |

**For the entire history of the account between 04/06/2010 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,007.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,007.77 |
| Total Internal/Transfer Receipts: | $19,321.61 |
| | |
| Total Compensable Disbursements: | $10,174.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,174.71 |
| Total Internal/Transfer Disbursements: | $19,154.67 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19360-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HUNTER, JOHN H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9548 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/19/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $19,154.67 | | $19,154.67 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.91 | $19,123.76 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.80 | $19,092.96 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.77 | $19,064.19 |
| 03/14/2012 | 1001 | International Sureties | Bond Payment | 2300-000 | | $15.57 | $19,048.62 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.69 | $19,017.93 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.64 | $18,988.29 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.58 | $18,957.71 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.55 | $18,928.16 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.48 | $18,897.68 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.43 | $18,867.25 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.41 | $18,837.84 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.34 | $18,807.50 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.31 | $18,778.19 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.24 | $18,747.95 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.28 | $18,717.67 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.30 | $18,690.37 |
| 03/28/2013 | 1002 | International Sureties | Bond Payment | 2300-000 | | $33.38 | $18,656.99 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.18 | $18,626.81 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.10 | $18,597.71 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.01 | $18,567.70 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.99 | $18,538.71 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.91 | $18,508.80 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.86 | $18,478.94 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.85 | $18,450.09 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.77 | $18,420.32 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.76 | $18,391.56 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.67 | $18,361.89 |
| | | | **SUBTOTALS** | | **$19,154.67** | **$792.78** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19360-EW | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | HUNTER, JOHN H. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9548 | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/19/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.63 | $18,332.26 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.62 | $18,303.64 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.53 | $18,274.11 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.53 | $18,245.58 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.44 | $18,216.14 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.31 | $18,186.83 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.37 | $18,159.46 |
| 03/16/2016 | 1003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $9.86 | $18,149.60 |
| 06/02/2016 | 1004 | Herzog & Schwartz, P.C. | Distribution Dividend: 100.00; Account Number: ; Claim #: ; | 3110-000 | | $4,120.00 | $14,029.60 |
| 06/02/2016 | 1005 | David R. Herzog | Trustee Compensation | 2100-000 | | $4,651.20 | $9,378.40 |
| 06/02/2016 | 1006 | Capital One Bank (USA) NA | Distribution Dividend: 76.10; Account Number: ; Claim #: 1; | 7100-000 | | $2,381.70 | $6,996.70 |
| 06/02/2016 | 1007 | Capital One Bank (USA) NA | Distribution Dividend: 76.10; Account Number: ; Claim #: 2; | 7100-000 | | $1,872.36 | $5,124.34 |
| 06/02/2016 | 1008 | Capital One Bank (USA) NA | Distribution Dividend: 76.10; Account Number: ; Claim #: 3; | 7100-000 | | $573.67 | $4,550.67 |
| 06/02/2016 | 1009 | Capital One Bank (USA) NA | Distribution Dividend: 76.10; Account Number: ; Claim #: 4; | 7100-000 | | $981.07 | $3,569.60 |
| 06/02/2016 | 1010 | eCAST Settlement Corporation, assignee | Distribution Dividend: 76.10; Account Number: ; Claim #: 5; | 7100-000 | | $1,877.80 | $1,691.80 |
| 06/02/2016 | 1011 | eCAST Settlement Corporation, assignee | Distribution Dividend: 76.10; Account Number: ; Claim #: 6; | 7100-000 | | $593.31 | $1,098.49 |
| 06/02/2016 | 1012 | Capital Recovery V, LLC | Distribution Dividend: 76.10; Account Number: ; Claim #: 7; | 7100-000 | | $198.24 | $900.25 |
| 06/02/2016 | 1013 | Capital Recovery V, LLC | Distribution Dividend: 76.10; Account Number: ; Claim #: 8; | 7100-000 | | $900.25 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $18,361.89 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19360-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HUNTER, JOHN H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9548 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/19/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $19,154.67 | $19,154.67 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $19,154.67 | $0.00 | |
|  |  |  | **Subtotal** |  | $0.00 | $19,154.67 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $0.00 | $19,154.67 | |

**For the period of 10/19/2007 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $19,154.67 |
| | |
| Total Compensable Disbursements: | $19,154.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19,154.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/08/2011 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $19,154.67 |
| | |
| Total Compensable Disbursements: | $19,154.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19,154.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-19360-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HUNTER, JOHN H. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***9548 | Money Market Acct #: | ******3865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 10/19/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2009 | (1) | Bank of America | Settlement of Adversary | 1241-000 | $29,000.00 | | $29,000.00 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.74 | | $29,000.74 |
| 12/11/2009 | 1001 | Lloyd Brooks | Attorneys Fees pursuant to Order dated 9-23-09 | 3210-600 | | $9,666.67 | $19,334.07 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.01 | | $19,335.08 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.76 | | $19,335.84 |
| 02/08/2010 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #0719360 | 2300-000 | | $15.95 | $19,319.89 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.73 | | $19,320.62 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.86 | | $19,321.48 |
| 04/06/2010 | | Wire out to BNYM account ********3865 | Wire out to BNYM account ********3865 | 9999-000 | ($19,321.61) | | ($0.13) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.13 | | $0.00 |
| | | | **TOTALS:** | | $9,682.62 | $9,682.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($19,321.61) | $0.00 | |
| | | | **Subtotal** | | $29,004.23 | $9,682.62 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $29,004.23 | $9,682.62 | |

| For the period of 10/19/2007 to 8/1/2016 | | For the entire history of the account between 09/28/2009 to 8/1/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $29,004.23 | Total Compensable Receipts: | $29,004.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $29,004.23 | Total Comp/Non Comp Receipts: | $29,004.23 |
| Total Internal/Transfer Receipts: | ($19,321.61) | Total Internal/Transfer Receipts: | ($19,321.61) |
| | | | |
| Total Compensable Disbursements: | $9,682.62 | Total Compensable Disbursements: | $9,682.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,682.62 | Total Comp/Non Comp Disbursements: | $9,682.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 7   Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 07-19360-EW | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | HUNTER, JOHN H. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | **-***9548 | | **Money Market Acct #:** | ******3865 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 10/19/2007 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/1/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $39,012.00 | $39,012.00 | $0.00 |

**For the period of 10/19/2007 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $39,012.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,012.00 |
| Total Internal/Transfer Receipts: | $19,154.67 |
| | |
| Total Compensable Disbursements: | $39,012.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,012.00 |
| Total Internal/Transfer Disbursements: | $19,154.67 |

**For the entire history of the case between 10/19/2007 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $39,012.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,012.00 |
| Total Internal/Transfer Receipts: | $19,154.67 |
| | |
| Total Compensable Disbursements: | $39,012.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,012.00 |
| Total Internal/Transfer Disbursements: | $19,154.67 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG